**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: ZIETLOW, JOHN H.         § Case No. 07-08847-JS
     ZIETLOW, ANTIONETTE    §
                                                    §
Debtor(s)                       §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

     DAVID GROCHOCINSKI, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $400.00 *(without deducting any secured claims)* | Assets Exempt: $58,400.00 |
| Total Distribution to Claimants: $5,038.57 | Claims Discharged Without Payment: $28,813.73 |
| Total Expenses of Administration: $21,476.25 | |

     3) Total gross receipts of $ 30,014.82 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 3,500.00 (see **Exhibit 2**), yielded net receipts of $26,514.82 from the liquidation of the property of the estate, which was distributed as follows:

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 21,476.25 | 21,476.25 | 21,476.25 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 33,852.30 | 33,852.30 | 5,038.57 |
| **TOTAL DISBURSEMENTS** | $0.00 | $55,328.55 | $55,328.55 | $26,514.82 |

    4) This case was originally filed under Chapter 7 on May 15, 2007. The case was pending for 45 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/09/2011    By: /s/DAVID GROCHOCINSKI, TRUSTEE
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| EEOC SUIT | 1149-000 | 30,000.00 |
| Interest Income | 1270-000 | 14.82 |
| **TOTAL GROSS RECEIPTS** | | **$30,014.82** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| ANTOINETTE ZIETLOW | EXEMPTION ALLOWED PER SETTLEMENT ORDER OF 12/11/09 | 8100-002 | 3,500.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$3,500.00** |

### EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID GROCHOCINSKI, TRUSTEE | 2100-000 | N/A | 3,401.42 | 3,401.42 | 3,401.42 |
| DAVID GROCHOCINSKI, TRUSTEE | 2200-000 | N/A | 350.00 | 350.00 | 350.00 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 3110-000 | N/A | 5,592.50 | 5,592.50 | 5,592.50 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 3120-000 | N/A | 82.00 | 82.00 | 82.00 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | | | | |
|---|---|---|---|---|---|
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | 3410-000 | N/A | 1,807.50 | 1,807.50 | 1,807.50 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 4.14 | 4.14 | 4.14 |
| THE LAW OFFICE OF HEITZ & BROMBEREK | 3210-600 | N/A | 10,000.00 | 10,000.00 | 10,000.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 13.69 | 13.69 | 13.69 |
| ILLINOIS DEPT OF REVENUE | 2820-000 | N/A | 225.00 | 225.00 | 225.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 21,476.25 | 21,476.25 | 21,476.25 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank/DFS Services LLC | 7100-000 | N/A | 3,493.08 | 3,493.08 | 640.65 |
| 2 | Discover Bank/DFS Services LLC | 7100-000 | N/A | 9,016.96 | 9,016.96 | 1,653.76 |
| 3 | TARGET NATIONAL BANK | 7100-000 | N/A | 4,259.89 | 4,259.89 | 781.29 |
| 4 | CHASE BANK USA | 7100-000 | N/A | 5,335.35 | 5,335.35 | 978.53 |
| 5 | LVNV Funding LLC assignee of Citibank | 7100-000 | N/A | 2,028.69 | 2,028.69 | 372.07 |
| 6 | LVNV Funding LLC assignee of Citibank USA | 7100-000 | N/A | 3,338.36 | 3,338.36 | 612.27 |
| 7 | AMERICAN INFOSOURCE LP AS AGENT FOR FIA Card Svcs | 7200-000 | N/A | 6,379.97 | 6,379.97 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 33,852.30 | 33,852.30 | 5,038.57 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 07-08847-JS  
**Case Name:** ZIETLOW, JOHN H.  
ZIETLOW, ANTIONETTE  
**Period Ending:** 02/09/11

**Trustee:** (520067) DAVID GROCHOCINSKI, TRUSTEE  
**Filed (f) or Converted (c):** 05/15/07 (f)  
**§341(a) Meeting Date:** 06/19/07  
**Claims Bar Date:** 03/20/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CHECKING | 3,000.00 | 0.00 | | 0.00 | FA |
| 2 | HOUSEHOLD GOODS | 2,000.00 | 0.00 | | 0.00 | FA |
| 3 | COLLECTIBLES | 150.00 | 0.00 | | 0.00 | FA |
| 4 | CLOTHING | 500.00 | 0.00 | | 0.00 | FA |
| 5 | JEWELRY | 500.00 | 0.00 | | 0.00 | FA |
| 6 | TERM LIFE INSURANCE | 0.00 | 0.00 | | 0.00 | FA |
| 7 | PENSION | Unknown | 0.00 | | 0.00 | FA |
| 8 | 401K(s) | 48,000.00 | 0.00 | | 0.00 | FA |
| 9 | EEOC SUIT | Unknown | 15,000.00 | | 30,000.00 | FA |
| 10 | 2003 FORD EXPLORER | 7,850.00 | 0.00 | | 0.00 | FA |
| 11 | 1999 CHEVY BLAZER | 1,900.00 | 0.00 | | 0.00 | FA |
| 12 | 2001 ARCTIC CAT SNOWMOBILE | 2,000.00 | 0.00 | | 0.00 | FA |
| 13 | COMPUTER | 400.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 14.82 | FA |
| 14 | Assets    Totals (Excluding unknown values) | **$66,300.00** | **$15,000.00** | | **$30,014.82** | **$0.00** |

**Major Activities Affecting Case Closing:**

EMPLOYED SPECIAL COUNSEL REGARDING EMPLOYMENT DISCRIMINATION CASE; SETTLEMENT REACHED IN DISCRIMINATION SUIT; PAYMENT ON SETTLEMENT OVER TWO YEARS; RESOLUTION OF CLAIMED EXEMPTION PENDING; EXEMPTION ISSUE SETTLED WITH DEBTOR; SPECIAL COUNSEL PAID AND DEBTOR'S EXEMPTION PAID. TAX RETURNS PENDING; MOTION TO CONSOLIDATE ESTATES TO BE FILED (ALL DEBTS ARE JOINT) FINAL HEARING SET FOR 1/21/11

**Initial Projected Date Of Final Report (TFR):**     December 30, 2008      **Current Projected Date Of Final Report (TFR):**     December 21, 2010  (Actual)

Printed: 02/09/2011 01:57 PM    V.12.56

Exhibit 9

## Form 2

Page: 1

### Cash Receipts And Disbursements Record

**Case Number:** 07-08847-JS  
**Case Name:** ZIETLOW, JOHN H.  
ZIETLOW, ANTIONETTE  
**Taxpayer ID #:** **-***8432  
**Period Ending:** 02/09/11  

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****48-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | 5 T-Code | 6 Receipts $ | 7 Disbursements $ | Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 10/16/08 | {9} | MERCHANTS' CREDIT GUIDE CO | SETTLEMENT PAYMENT 1 0F 6 PAYMENTS | 1149-000 | 5,000.00 | | 5,000.00 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.20 | | 5,000.20 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.40 | | 5,000.60 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.34 | | 5,000.94 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.20 | | 5,001.14 |
| 02/05/09 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2008 FOR CASE #07B-08847, BOND#016026455 | 2300-000 | | 4.14 | 4,997.00 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.19 | | 4,997.19 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.21 | | 4,997.40 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.20 | | 4,997.60 |
| 05/28/09 | {9} | MERCHANTS' CREDIT GUIDE CO | SETTLEMENT PAYMENT | 1149-000 | 5,000.00 | | 9,997.60 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.19 | | 9,997.79 |
| 06/16/09 | {9} | MERCHANTS' CREDIT GUIDE CO | SETTLEMENT PAYMENT | 1149-000 | 5,000.00 | | 14,997.79 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.50 | | 14,998.29 |
| 07/15/09 | {9} | MERCHANTS' CREDIT GUIDE CO. | SETTLEMENT PAYMENT | 1149-000 | 5,000.00 | | 19,998.29 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.73 | | 19,999.02 |
| 08/12/09 | {9} | MERCHANTS' CREDIT GUIDE CO | SETTLEMENT PAYMENT | 1149-000 | 5,000.00 | | 24,999.02 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.96 | | 24,999.98 |
| 09/11/09 | {9} | MERCHANTS' CREDIT GUIDE CO | SETTLEMENT PAYMENT | 1149-000 | 5,000.00 | | 29,999.98 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.12 | | 30,001.10 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.22 | | 30,002.32 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.26 | | 30,003.58 |
| 12/16/09 | 1002 | ANTOINETTE ZIETLOW | EXEMPTION ALLOWED PER SETTLEMENT ORDER OF 12/11/09 | 8100-002 | | 3,500.00 | 26,503.58 |
| 12/16/09 | 1003 | THE LAW OFFICE OF HEITZ & BROMBEREK | FINAL COMPENSATION PER ORDER OF 11/20/09 | 3210-600 | | 10,000.00 | 16,503.58 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.09 | | 16,504.67 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.65 | | 16,505.32 |
| 02/05/10 | 1004 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2009 FOR CASE #07-08847, BOND#016026455 | 2300-000 | | 13.69 | 16,491.63 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.62 | | 16,492.25 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | | 1270-000 | 0.74 | | 16,492.99 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.11 | | 16,493.10 |
| 04/06/10 | | Wire out to BNYM account 9200******4865 | Wire out to BNYM account 9200******4865 | 9999-000 | -16,493.10 | | 0.00 |

Subtotals: $13,517.83   $13,517.83

{} Asset reference(s)

Printed: 02/09/2011 01:57 PM   V.12.56

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 07-08847-JS | | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|---|
| Case Name: | ZIETLOW, JOHN H. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | ZIETLOW, ANTIONETTE | | Account: | ***-*****48-65 - Money Market Account |
| Taxpayer ID #: | **-***8432 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 02/09/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 13,517.83 | 13,517.83 | $0.00 |
| | | | Less: Bank Transfers | | -16,493.10 | 0.00 | |
| | | | **Subtotal** | | **30,010.93** | **13,517.83** | |
| | | | Less: Payments to Debtors | | | 3,500.00 | |
| | | | **NET Receipts / Disbursements** | | **$30,010.93** | **$10,017.83** | |

{} Asset reference(s)

Printed: 02/09/2011 01:57 PM     V.12.56

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 07-08847-JS  
**Case Name:** ZIETLOW, JOHN H.  
ZIETLOW, ANTIONETTE  
**Taxpayer ID #:** **-***8432  
**Period Ending:** 02/09/11

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****48-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 02/09/2011 01:57 PM    V.12.56

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 07-08847-JS  
**Case Name:** ZIETLOW, JOHN H.  
ZIETLOW, ANTIONETTE  
**Taxpayer ID #:** **-***8432  
**Period Ending:** 02/09/11

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******48-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********4865 | Wire in from JPMorgan Chase Bank, N.A. account ********4865 | 9999-000 | 16,493.10 | | 16,493.10 |
| 04/12/10 | 11005 | ILLINOIS DEPT OF REVENUE | TIN: 35-6788432/ 2009 1041 TAXES | 2820-000 | | 225.00 | 16,268.10 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.56 | | 16,268.66 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.69 | | 16,269.35 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.67 | | 16,270.02 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.69 | | 16,270.71 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.68 | | 16,271.39 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 16,271.52 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 16,271.65 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 16,271.78 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 16,271.91 |
| 01/20/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.08 | | 16,271.99 |
| 01/20/11 | | To Account #9200******4866 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | | 16,271.99 | 0.00 |
| | | | ACCOUNT TOTALS | | 16,496.99 | 16,496.99 | $0.00 |
| | | | Less: Bank Transfers | | 16,493.10 | 16,271.99 | |
| | | | **Subtotal** | | **3.89** | **225.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$3.89** | **$225.00** | |

{} Asset reference(s)

Printed: 02/09/2011 01:57 PM    V.12.56

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 07-08847-JS  
**Case Name:** ZIETLOW, JOHN H.  
ZIETLOW, ANTIONETTE  
**Taxpayer ID #:** **-***8432  
**Period Ending:** 02/09/11

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******48-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/20/11 | | From Account #9200******4865 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | 16,271.99 | | 16,271.99 |
| 01/21/11 | 10101 | DAVID GROCHOCINSKI, TRUSTEE | Dividend paid 100.00% on $3,401.42, Trustee Compensation;  Reference: | 2100-000 | | 3,401.42 | 12,870.57 |
| 01/21/11 | 10102 | DAVID GROCHOCINSKI, TRUSTEE | Dividend paid 100.00% on $350.00, Trustee Expenses;  Reference: | 2200-000 | | 350.00 | 12,520.57 |
| 01/21/11 | 10103 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | Dividend paid 100.00% on $5,592.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 5,592.50 | 6,928.07 |
| 01/21/11 | 10104 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | Dividend paid 100.00% on $82.00, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 82.00 | 6,846.07 |
| 01/21/11 | 10105 | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | Dividend paid 100.00% on $1,807.50, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,807.50 | 5,038.57 |
| 01/21/11 | 10106 | Discover Bank/DFS Services LLC | Dividend paid  18.34% on $3,493.08; Claim# 1; Filed: $3,493.08; Reference: | 7100-000 | | 640.65 | 4,397.92 |
| 01/21/11 | 10107 | Discover Bank/DFS Services LLC | Dividend paid  18.34% on $9,016.96; Claim# 2; Filed: $9,016.96; Reference: | 7100-000 | | 1,653.76 | 2,744.16 |
| 01/21/11 | 10108 | TARGET NATIONAL BANK | Dividend paid  18.34% on $4,259.89; Claim# 3; Filed: $4,259.89; Reference: | 7100-000 | | 781.29 | 1,962.87 |
| 01/21/11 | 10109 | CHASE BANK USA | Dividend paid  18.34% on $5,335.35; Claim# 4; Filed: $5,335.35; Reference: | 7100-000 | | 978.53 | 984.34 |
| 01/21/11 | 10110 | LVNV Funding LLC assignee of Citibank | Dividend paid  18.34% on $2,028.69; Claim# 5; Filed: $2,028.69; Reference: | 7100-000 | | 372.07 | 612.27 |
| 01/21/11 | 10111 | LVNV Funding LLC assignee of Citibank USA | Dividend paid  18.34% on $3,338.36; Claim# 6; Filed: $3,338.36; Reference: | 7100-000 | | 612.27 | 0.00 |

|  | ACCOUNT TOTALS | 16,271.99 | 16,271.99 | $0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers | 16,271.99 | 0.00 | |
|  | **Subtotal** | **0.00** | **16,271.99** | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | **NET Receipts / Disbursements** | **$0.00** | **$16,271.99** | |

{} Asset reference(s)

Printed: 02/09/2011 01:57 PM    V.12.56

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

**Case Number:** 07-08847-JS  
**Case Name:** ZIETLOW, JOHN H.  
ZIETLOW, ANTIONETTE  
**Taxpayer ID #:** **-***8432  
**Period Ending:** 02/09/11  

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******48-66 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts : 30,014.82  
Less Payments to Debtor : 3,500.00  
Net Estate : $26,514.82

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****48-65 | 30,010.93 | 10,017.83 | 0.00 |
| Checking # ***-*****48-66 | 0.00 | 0.00 | 0.00 |
| MMA # 9200-******48-65 | 3.89 | 225.00 | 0.00 |
| Checking # 9200-******48-66 | 0.00 | 16,271.99 | 0.00 |
| | $30,014.82 | $26,514.82 | $0.00 |